L. Clayton Burgess
L. Clayton Burgess, A.P.L.C.
P O Drawer 5250
Lafayette, LA 70502-7573
Telephone: (337) 234-7573
Facsimile: (337) 233-3890
lcburgess@clayburgess.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-0736 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Bobby Gibson, et al.,<br><br>  Plaintiffs<br><br>vs.<br><br>Roland DeGeyter, M.D., et al.,<br><br>  Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Bobby Gibson and Willo Gibson, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

-1-

1  all parties with each side bearing their own attorneys' fees and costs.
2
3  DATED: 11/18, 2010    By: _____
4
5  L. CLAYTON BURGESS, A.P.L.C.
   P O Drawer 5250
   Lafayette, LA 70502-7573
6  Telephone: (337) 234-7573
7  *Attorneys for Plaintiffs*
8  DATED: Dec. 1, 2010    By: _____
9
10 DLA PIPER LLP (US)
   1251 Avenue of the Americas
   New York, NY 10020
11 Telephone: (212) 335-4500
12 *Defendants' Liaison Counsel*
13
14 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
15
16 Dated: Dec 10, 2010    _____
17                        Hon. Charles R. Breyer
                          United States District Court
18
19
20
21
22
23
24
25
26
27
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**